IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSS STEWART, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATLANTIC CREDIT & FINANCE, INC., ) <br> ) <br> Defendant. ) | Case No. 1:18-cv-05496 <br><br> Judge: Thomas M. Durkin <br><br> Magistrate Judge: M. David Weisman |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, ATLANTIC CREDIT & FINANCE, INC. ("Defendant" or "ACF"), by and through its attorneys David M. Schultz and Lindsey A.L. Conley of Hinshaw & Culbertson LLP, and for its First Unopposed Motion for a 21-Day Extension of Time to answer or otherwise plead to Plaintiff's Complaint, states as follows:

1. This case involves alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (FDCPA).

2. Defendant was served with the Complaint on August 14, 2018. The responsive pleading is due on September 4, 2018.

3. Defendant recently retained defense counsel who has filed Appearances concurrently with the instant motion. Defendant needs additional time to investigate Plaintiff's claims before filing a responsive pleading to the complaint.

4. Defendant respectfully requests a (21) twenty-one day enlargement of time of the pleading deadline, up to and including September 25, 2018.

5. Defense counsel has contacted the Plaintiff's counsel about the instant motion, seeking a 21-day extension. Plaintiff's counsel does not oppose a 21-day enlargement of time up to and including September 25, 2018.

6. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to pursue resolution of this matter, analyze the pleading, and prepare the appropriate response to the Complaint.

WHEREFORE, Defendant, ATLANTIC CREDIT & FINANCE, INC., respectfully requests that this Court grant it an enlargement of time up to and including September 25, 2018, to file responsive pleadings to Plaintiff's Complaint.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Lindsey A.L. Conley*
David M. Schultz
Lindsey A.L. Conley
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Tel: 312-704-3000
E-mail: dschultz@hinshawlaw.com
E-mail: lconley@hinshawlaw.com

## CERTIFICATE OF SERVICE

      I, Lindsey A.L. Conley, an attorney, certify that I shall cause to be served a copy of **DEFENDANT'S MOTION FOR EXTENSION OF TIME** upon the following individual(s), by deposit in the U.S. mail box at 151 North Franklin Street, Chicago, Illinois 60606, postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this on September 4, 2018.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff(s)* |
| ___ | Facsimile | John P. Carlin |
| ___ | Federal Express | SUBURBAN LEGAL GROUP, P.C. |
| ___ | E-Mail & U.S. Mail | 1305 Remington Road, Suite C |
| ___ | Messenger | Schaumburg, IL  60173 |
| | | jcarlin@suburbanlegalgroup.com |

David M. Schultz  
Lindsey A.L. Conley  
HINSHAW & CULBERTSON LLP  
151 North Franklin Street, Suite 2500  
Chicago, IL 60606  
Telephone: 312-704-3000  
Facsimile: 312-704-3001  
dschultz@hinshawlaw.com  
lconley@hinshawlaw.com  

*/s/ Lindsey A.L. Conley*  
Lindsey A.L. Conley  
One of the Attorneys for Defendant